FILED
U.S. DISTRICT COURT

2009 JUL 13 P 1: 33

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

Mark F. James (5295)
   mjames@hjdlaw.com
Gary A. Dodge (0897)
   gdodge@hjdlaw.com
HATCH, JAMES & DODGE
10 West Broadway, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Liaison Class Counsel

Phillip Kim (*pro hac vice*)
   pkim@rosenlegal.com
Laurence M. Rosen (*pro hac vice*)
   lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Lead Class Counsel

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NATURE'S SUNSHINE PRODUCTS, INC. SECURITIES LITIGATION | **ORDER SETTING DEADLINE FOR THE FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Master File No. 2:06cv00267 TS<br><br>(Consolidated with 2:06cv00287 DB, 2:06cv00311 DAK, 2:06cv00350 BSJ and 2:06cv00442 DB)<br><br>Judge Ted Stewart<br><br>Magistrate Judge Samuel Alba |
| This document relates to:<br>**ALL ACTIONS** | |

The Court, having reviewed the Joint Status Report, dated July 10, 2009, advising the Court that the parties' mediation of this class action has resulted in a settlement in principle, hereby ORDERS as follows:

1. Unless extended by a further Order from the Court, any motion for preliminary approval of the class action settlement shall be filed with the Court on or before September 14, 2009.

Dated this 13th day of July, 2009.

BY THE COURT:

_____
Honorable Ted Stewart
U.S. District Judge

APPROVED AS TO FORM:

THE ROSEN LAW FIRM, P.A.

/s/ Phillip Kim
Phillip Kim
Laurence M. Rosen

*Lead Class Counsel*

PARSONS BEHLE & LATIMER

/s/ Raymond J. Etcheverry
(Signed by filing attorney with counsel's permission)
Raymond J. Etcheverry
Kent O. Roche

*Attorneys for Defendants*